IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| YONG L. KIM, <br><br> Plaintiff, <br><br> v. <br><br> KGI TRADING GA, INC.; DANNY MOON; and KGI TRADING FL, INC., <br><br> Defendants. | CIVIL ACTION FILE <br><br> NO. 1:16-CV-2194-SCJ |

### O R D E R

This matter is before the Court on the parties' Joint Motion for Approval of the Proposed Full Release Agreement and Settlement of all Claims [Doc. No. 84], which is hereby **GRANTED**. It is therefore **ORDERED** that (1) the terms of the Parties' settlement are **APPROVED**; (2) this action is **DISMISSED WITH PREJUDICE**; and (3) this Court retains jurisdiction over this case to enforce the Parties' Settlement Agreement.

**IT IS SO ORDERED**, this 8th day of June, 2018.

s/Steve C. Jones<br>
STEVE C. JONES<br>
UNITED STATES DISTRICT JUDGE